NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ARNOLD J. PARKS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7089

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-2197, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

The Secretary of Veterans Affairs ("Secretary") moves unopposed for a 14-day extension of time, until September 28, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

ARNOLD PARKS v. SHINSEKI                                          2

    The motion is granted.  The Secretary's response brief is due no later than September 28, 2012.   No further extensions should be anticipated.

FOR THE COURT

SEP 2 5 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Doris Hines, Esq.
    Martin F. Hockey, Jr., Esq.

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 5 2012

JAN HORBALY
CLERK